# Exhibit 2

# THE MILLER LAW FIRM

## A Professional Corporation

**950 W. University Dr., Ste. 300**
**Rochester, MI  48307**
**(248) 841-2200**

**www.millerlawpc.com**

# THE MILLER LAW FIRM, P.C. | FIRM RESUME

The Miller Law Firm, P.C. (the "Firm") is one of the premier litigation law firms in the United States and Michigan's leading class action firm. A recognized leader in the area of complex commercial litigation, the Firm is ranked Tier 1 in Detroit by *U.S. News-Best Lawyers* "Best Law Firms" for commercial litigation. Since the Firm's founding in 1993, the Firm has developed a national reputation for successfully prosecuting securities fraud and consumer class actions on behalf of its clients. As Lead Counsel or Co-Lead Counsel appointed by judges throughout the United States in some of the country's largest and most complex cases, the Firm has achieved over $3 billion in settlements, recoveries and/or verdicts on behalf of injured class members.

## **Highlights of Results Obtained**

2025            *Chapman v. General Motors LLC*
                (United States District Court, Eastern District of Michigan)
                (Case No. 2:19-cv-12333) (Class Counsel)

                Result:  $50 million settlement

2024            *Ubillus v. Progressive Marathon Ins. Co.*
                (Washtenaw Circuit Court)
                (Case No. 19-000741) (Class Counsel)
                Result:  $61 million settlement

                *In re: Henry Ford Health System Data Security Litigation*
                (United States District Court, Eastern District of Michigan)
                (Case No. 2:23-cv-12520) (Class Counsel)

                Result:  $700,000 settlement

                *In re Wright & Filippis, LLC Data Security Breach Litigation*
                (United States District Court, Eastern District of Michigan)
                (Case No. 2:22-cv-12908) (Chair of Class Counsel)

                Result:  $2.9 million settlement

                *Schreiber v. Mayo Found. for Medical Education and Research*
                (United States District Court, Western District of Michigan)
                (Case No. 2:22-cv-00188) (Class Counsel)

                Result:  $52.5 million settlement

|      | |
|------|--|
|      | *Pratt v. KSE Sportsman Media, Inc.*<br>(United States District Court, Eastern District of Michigan)<br>(Case No. 1:21-cv-11404) (Class Counsel)<br><br>Result: $9.5 million settlement |
| 2023 | *Cooper (nee Zimmerman) v. The 3M Company and Wolverine*<br>(United States District Court, Western District of Michigan)<br>(Case No. 1:17-cv-01062) (Co-Lead Counsel)<br><br>Result: $54 million settlement<br><br>*Reynolds v. FCA*<br>(United States District Court, Eastern District of Michigan)<br>(Case No. 2:19-cv-11745) (Co-Lead Counsel)<br><br>Result: Over $30 million settlement value<br><br>*Kain v. The Economist Newspaper NA, Inc.*<br>(United States District Court, Eastern District of Michigan)<br>(Case No. 4:21-cv-11807) (Co-Lead Counsel)<br><br>Result: $9.5 million settlement<br><br>*Ketover v. Kiplinger Washington Editors, Inc.*<br>(United States District Court, Eastern District of Michigan)<br>(Case No. 1:21-cv-12987) (Class Counsel)<br><br>Result: $6.8 million settlement<br><br>*Moeller v. The Week Publications, Inc.*<br>(United States District Court, Eastern District of Michigan)<br>(Case No. 1:22-cv-10666) (Class Counsel)<br><br>Result: $5.1 million settlement<br><br>*Thomsen v. Morley*<br>(United States District Court, Eastern District of Michigan)<br>(Case No. 1:22-cv-10271) (Plaintiffs' Executive Committee)<br><br>Result: $4.3 million settlement |

| | |
|---|---|
| 2022 | *In re; National Prescription Opiate Litigation (CVS, Walgreens and Walmart retail pharmacy and two manufacturers Allergan and Teva)* (United States District Court, Northern District Ohio, MDL Court) (Case No. 1:17-md-2804) (Represented several Michigan counties who were parties to and benefited from the global settlement) |

Result: $18.5 billion global settlement plus Narcan or additional cash from Teva

*In re EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litig.*,
(United States District Court, District of Kansas)
(Case No. 2:17-md-02785) (Plaintiffs' Steering Committee)

Result:   $609 million in settlements

*Wood, et al. v. FCA US LLC*
(United States District Court, Eastern District of Michigan)
(Case No. 5:20-cv-11054) (Co-Lead Counsel)

Result:   Over $108 million settlement value

*Persad, et al. v. Ford Motor Company*
(United States District Court, Eastern District of Michigan)
(Case No. 2:17-cv-12599) (Co-Lead Counsel)

Result:   Over $42 million settlement value

*Loftus v. Outside Integrated Media, LLC*
(United States District Court, Eastern District of Michigan)
(Case No. 2:21-cv-11809) (Co-Lead Counsel)

Result:   Approximately $1 million settlement

*Graham, et al. v. University of Michigan, et al.*,
(United States District Court, Eastern District of Michigan)
(Case No. 2:21-cv-11168) (Co-Lead Counsel)

Result:   Injunctive relief settlement mandating University reforms to address and prevent sexual misconduct

John Doe MC-1 v. University of Michigan, et. al.
(United States District Court, Eastern District of Michigan)
(Case No. 2:20-cv-10568) (Represented several victims of sexual abuse in private, confidential settlement)

Result: Confidential settlement

| | |
|---|---|
| 2021 | *In re; National Prescription Opiate Litigation (Distributor and Manufacturer Janssen Pharmaceuticals Settlement)* (United States District Court, Northern District of Ohio, MDL Court) (Case No. 1:17-md-2804) (Represented several Michigan counties who were parties to and benefited from the global settlement.) |

Result: $26 billion global settlement

*Simmons, et al. v. Apple, Inc.*
(Superior Court of the State of California, County of Santa Clara)
(Case No. 17CV312251) (Co-Lead Counsel)

Result:   $9.75 million settlement

*Dougherty v Esperion Therapeutics, Inc., et. Al.*
(United States District Court, Eastern District of Michigan)
(Case No. 2:16-cv-10089) (Local Counsel)

Result:  $18.25 million settlement

*In re Broiler Chicken Antitrust Litigation*
(United States District Court, Northern District of Illinois, Eastern Division) (Case No. 1:16-cv-08637)

Result:  $93.5 million in settlements in 2021

| | |
|---|---|
| 2020 | *In re Resistors Antitrust Litigation* (United States District Court, Northern District of California) (Case No. 3:15-cv-03820) (Informal member of Steering Committee) |

Result:  $33.4 million in settlements in 2020

*In re Capacitors Antitrust Litigation*
(United States District Court, Northern District of California)
(Case No. 03:17-md-02801) (Informal member of Steering Committee)

Result:  $30.95 million in settlements in 2020

| | |
|---|---|
| 2019 | *Carl Palazzolo, et al. Fiat Chrysler Automobiles N.V., et al.* (United States District Court, Eastern District of Michigan) (Case No. 16-cv-12803) (Co-Lead Counsel) |

Result:   $14.75 million settlement

*Zimmerman v. Diplomat Pharmacy, Inc., et al.*

|      |     |
|------|-----|
|      | (United States District Court, Eastern District of Michigan) (Case No. 2:16-cv-14005) (Liaison Counsel) |

Result:   $14.1 million settlement

2018   *In re Freight Forwarders Antitrust Litigation*
(United States District Court, Eastern District of New York)
(Case No. 08-cv-00042) (Counsel for Class Representative)

Result:   $1 billion settlement

2017   *Foster v. L3 Communications, EO Tech*
(United States District Court, Western District of Missouri)
(Case No. 15-cv-03519) (Co-Lead Counsel)

Result:   $51 million settlement (100% recovery)

2016   *In re Automotive Parts Antitrust Litigation*
(United States District Court, Eastern District of Michigan)
(Case No. 12-md-02311) (Liaison Counsel)

Result:   Over $1 billion in settlements

*GM Securities Class Action/New York Teachers Retirement System v. General Motors Company*
(United States District Court, Eastern District of Michigan)
(Case No. 4:14-cv-11191) (Local Counsel)

Result:   $300 million settlement

*ERISA Class Action/Davidson v. Henkel Corporation*
(United Sates District Court, Eastern District of Michigan)
(Case No. 12-cv-14103) (Lead Counsel)

Result:   $3.35 million settlement (100% Recovery for 41-member class)

*Pat Cason-Merenda and Jeffrey A. Suhre v. VHS of Michigan, Inc., dba Detroit Medical Center (Antitrust)*
(United States District Court, Eastern District of Michigan)
(Case No. 2:06-cv-15601) (Special Trial Counsel)

Result:   $42 million settlement

2015   *In re AIG 2008 Securities Litigation*
(United States District Court, Southern District of New York)
(Case No. 08-cv-04772) (Co-Lead Counsel)

|      | |
|------|---|
|      | Result:   $970.5 million settlement |
| 2014 | *City of Farmington Hills Employees Retirement System v. Wells Fargo Bank, N.A.*<br>(United States District Court, District of Minnesota)<br>(Case No. 10-cv-04372) (Co-Lead Counsel and Primary Trial Counsel) |

Result:  $62.5 million settlement

*The Shane Group, Inc., et al. v. Blue Cross Blue Shield of Michigan*
(United States District Court, Eastern District of Michigan)
(Case No. 2:10-cv-14360) (Co-Lead Counsel)

Result:  $30 million settlement

*In re Refrigerant Compressors Antitrust Litigation*
(United States District Court, Eastern District of Michigan)
(Case No. 09-md-02042) (Co-Lead Counsel)

Result:   $30 million settlement

2013    *The Board of Trustees of the City of Birmingham Employees et. al. v. Comerica Bank et. al.*
(United States District Court, Eastern District of Michigan)
(Case No. 2:09-13201) (Co-Lead Counsel)

Result:  $11 million settlement

*In Re Caraco Pharmaceutical Laboratories, Ltd. Securities Litigation*
(United States District Court, Eastern District of Michigan)
(Case No. 2:09-cv-12830) (Co-Lead Counsel)

Result:  $2.975 million settlement

*In Re TechTeam Global Inc. Shareholder Litigation*
(Oakland County Circuit Court, State of Michigan)
(Case No. 10-114863-CB)  (Liaison Counsel)

Result:  $1.775 million settlement

*General Retirement System of the City of Detroit and Police and Fire Retirement System of the City of Detroit vs. UBS Securities, LLC (Structured Investment Vehicle)*
(United States District Court, Eastern District of Michigan)
(Case No. 2:10-cv-13920) (Lead Counsel)

Result:   Confidential settlement

2010  *Epstein, et al. v. Heartland Industrial Partners, L.P., et al.*
(United States District Court, Eastern District of Michigan)
(Case No. 2:06-CV-13555) (Substantial role)

Result:  $12.2 million settlement

*In Re Skilled Healthcare Group, Inc. Securities Litigation*
(United States District Court, Central District of California)
(Case No. 09-5416) (Substantial role)

Result:  $3 million settlement

2009  *In Re Proquest Company Securities Litigation*
(United States District Court, Eastern District of Michigan)
(Case No. 4:06-CV-11579) (Substantial role; argued Motion to Dismiss)

Result:  $20 million settlement

*In Re Collins & Aikman Corporation Securities Litigation*
(United States District Court, Eastern District Michigan)
(Case No. 03-CV-71173) (Substantial role)

Result:  $10.8 million settlement

*In re IT Group Securities Litigation*
(United States District Court, Western District of Pennsylvania)
(Civil Action No. 03-288) (Co-Lead Counsel)

Result:  $3.4 million settlement

2008  *In re Mercury Interactive Securities Litigation*
(United States District Court, Northern District of California)
(Civil Action No. 03:05-CV-3395-JF) (Substantial role)

Result:  $117 million settlement

*In Re General Motors Corporation Securities and Derivative Litigation*
(United States District Court, Eastern District of Michigan)
(Master Case No. 06-MD-1749) (Co-Lead Counsel)

Status: Obtained major corporate governance reforms to address accounting deficiencies

| | |
|---|---|
| 2007 | *Wong v. T-Mobile USA, Inc.*<br>(United States District Court, Eastern District of Michigan)<br>(Case No. 05-CV-73922) (Co-Lead)<br><br>Result:  Settlement for 100% of damages<br><br>*In re CMS Energy Corporation Securities Litigation*<br>(United States District Court, Eastern District Michigan)<br>(Master File No. 2:02 CV 72004) (Substantial role)<br><br>Result:  $200 million settlement |
| 2005 | *In re Comerica Securities Fraud Litigation*<br>(United States District Court, Eastern District of Michigan)<br>(Case No. 2:02-CV-60233) (Substantial role)<br><br>Result:  $21 million in total settlements<br><br>*Street v. Siemens*<br>(Philadelphia State Court)<br>(Case No. 03-885) (Co-Lead Counsel)<br><br>Result:  $14.4 million (100% recovery)<br><br>*Redmer v. Tournament Players Club of Michigan*<br>(Wayne County Circuit Court) (Case No. 02-224481-CK) (Co-Lead)<br><br>Result:  $3.1 million settlement |
| 2004 | *Passucci v. Airtouch Communications, Inc.*<br>(Wayne County Circuit Court) (Case No. 01-131048-CP) (Co-Lead)<br><br>Result:  Estimated settlement value between $30.9 and $40.3 million<br><br>*Johnson v. National Western Life Insurance*<br>(Oakland County Circuit Court)<br>(Case No. 01-032012-CP) (Substantial role)<br><br>Result:  $10.7 million settlement |
| 2003 | *Felts v. Starlight*<br>(United States District Court, Eastern District Michigan)<br>(Case No. 01-71539) (Co-Lead)<br><br>Result: Starlight agrees to stop selling ephedrine as an ingredient in its weight loss dietary supplement product |

|  |  |
|---|---|
|  | *In re Lason Securities Litigation*<br>(United States District Court, Eastern District Michigan)<br>(Case No. 99-CV-76079) (Co-Lead)<br><br>Result: $12.68 million settlement |
| 2001 | *Mario Gasperoni, et al. v. Metabolife International, Inc.*<br>(United States District Court, Eastern District Michigan)<br>(Case No. 00-71255) (Co-Lead)<br><br>Result: Nationwide settlement approved mandating changes in advertising and labeling on millions of bottles of dietary supplement, plus approximately $8.5 million in benefits |
| 1999 | *Pop v. Art Van Furniture and Alexander Hamilton Insurance Company*<br>(Wayne County Circuit Court) (Case No. 97-722003-CP) (Co-Lead)<br><br>Result: Changes in sales practices and $9 million in merchandise.<br><br>*Schroff v. Bombardier*<br>(United States District Court, Eastern District Michigan)<br>(Case No. 99-70327) (Co-Lead)<br><br>Result:  Recall of more than 20,000 defective Seadoos throughout North America; repair of defect to reduce water ingestion problem; extended warranties; and approximately $4 million in merchandise.<br><br>*In re National Techteam Securities Litigation*<br>(United States District Court, Eastern District Michigan)<br>(Master File No.  97-74587) (Substantial role)<br><br>Result:  $11 million settlement<br><br>*In Re F&M Distributors, Inc., Securities Litigation*<br>(United States District Court, Eastern District Michigan)<br>(Case No. 95-CV-71778-DT) (Minor role)<br><br>Result:  $20 million settlement |
| 1998 | *In Re Michigan National Corporation Securities Litigation*<br>(United States District Court, Eastern District Michigan)<br>(Case No 95 CV 70647 DT) (Substantial role)<br><br>Result:  $13.3 million settlement |

1995 *In re Intel Pentium Processor Litigation*
(Superior Court, Santa Clara County, California) (Master File No. 745729)
(Substantial role)

Result: Intel agreed to replace millions of defective Pentium chips on demand without any cost to consumers



| ROCHESTER | DETROIT |
|---|---|
| 950 W. UNIVERSITY DR. | 211 WEST FORT STREET |
| SUITE 300 | SUITE 705 |
| ROCHESTER, MI 48307 | DETROIT, MI 48226 |

248-841-2200  |  WWW.MILLER.LAW

# E. POWELL MILLER, PARTNER

✉ **EPM@millerlawpc.com**



Powell Miller has been recognized as Michigan's number one ranked attorney by Super Lawyers Magazine for 2020. He has also been named one of the Top 10 lawyers in Michigan for seventeen consecutive years, from 2009-2025, by Super Lawyers Magazine, and in 2010, 2015, 2019, 2020, and 2024 he was the recipient of the Best Lawyers – Lawyer of the Year in the category of Bet-The-Company Litigation. In 2017, Mr. Miller was the recipient of the Judge Friedman and Cook Civility Award, which is awarded to only one lawyer each year. In 2024, he received the Professionalism Award from the Oakland County Bar Association. He has been named as one of the Best Lawyers in America every year since 2005. Mr. Miller has earned Martindale-Hubbell's highest rating, AV® Preeminent™ 5/5.0 for legal ethics and ability and a 10/10 from AVVO a public rating system. Mr. Miller is also ranked as only one of nine in Michigan to receive the highest Band 1 rating by Chambers USA, describing Mr. Miller as a "superb trial lawyer" who "routinely acts for high-profile clients based across the [United] states."

Mr. Miller focuses his practice on all aspects of litigation. He has been retained by many Fortune 500 and other clients to represent them in litigation throughout the United States, including in Michigan, New York, New Jersey, Pennsylvania, Arkansas, Florida, Texas, Kentucky, Ohio, California, Colorado, Indiana, and Illinois.

Mr. Miller recently led the trial team and secured a significant victory in a closely followed defamation trial. After more than five years of litigation and a demand for tens of millions of dollars in damages, the court granted a directed verdict in favor of Mr. Miller's clients immediately following plaintiff's case-in-chief. Mr. Miller also previously prevailed in an arbitration against Jimmy Johns in the amount of $4.8 million including a $1 million attorney fee award. In October 2019, Mr. Miller defended a consumer goods manufacturer against plaintiffs asserting complex price discrimination and antitrust claims, and alleging millions of dollars in damages. Following a three-week trial and seven hours of deliberations, a California jury returned a unanimous verdict in favor of Mr. Miller's client. Mr. Miller has never lost a trial, and has obtained verdicts in excess of $5 million, $10 million and $23 million.

Mr. Miller has also obtained in excess of $10 billion in settlements for class members, consumers, and governmental entities. These settlements, including a $970.5 million settlement with AIG in 2015, are regularly among the largest settlements in Michigan and the United States.

Mr. Miller has previously served as Co-President of the Detroit Chapter of the Federal Bar Association Antitrust and Securities Committees. He also serves on the Executive Committee for the Wayne State University Law School Board of Visitors, has served a Co-Chair of the American Bar Association Procedures Subcommittee on class actions and multi-district litigation, and serves as a Master member of The Oakland County Bar Association Inns of Court.

In 2024, Mr. Miller taught the inaugural Class Actions and Multidistrict Litigations course at Wayne State University Law School. He has also previously lectured on securities litigation at the University of Michigan



School of Law and also served as an Adjunct Professor at the University of Detroit Law School teaching trial practice.

Mr. Miller graduated third in his class from Wayne State University Law School, magna cum laude, in 1986. He was named to the honor society, Order of the Coif, and he was an Editor of the Wayne Law Review. In 1986, Mr. Miller joined the Detroit law firm of Honigman Miller Schwartz and Cohn, where he was elected partner in 1990. In 1994, he formed his own firm.

Mr. Miller has been recognized as a top debater in the United States. He won first place at the Harvard University National Debate Tournament as a freshman at Georgetown University. He also represented Georgetown in a special international debating exhibition against the Oxford Debating Union of Great Britain.

Mr. Miller is a proud supporter of the Detroit Urban Debate League, a nonprofit that supports the creation of debate programs in under-served high schools; the University of Detroit Jesuit High School and Academy; The Joe Niekro Foundation, which is committed to aiding in the research and treatment of aneurysm patients and families; and Charlotte's Wings, a nonprofit that is dedicated to supporting ailing children in Southeast Michigan through donations of new books to the children and their families in hospital and hospice care.

**EDUCATION:**

**UNIVERSITY OF DETROIT JESUIT HIGH SCHOOL, 1979**

**GEORGETOWN UNIVERSITY, B.A., 1983**

**WAYNE STATE UNIVERSITY LAW SCHOOL, J.D., 1986**



248-841-2200 | WWW.MILLER.LAW