# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SHERI SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOWNE MORTGAGE COMPANY,<br><br>Defendant. | Case No. 25-13677-BRM<br><br>Hon. Brandy R. McMillion<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED**<br><br>**NOTICE OF RELATED CASES** |
| THOMAS STUCKY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOWNE MORTGAGE COMPANY,<br><br>Defendant. | Case No. 25-13680-MAG<br><br>Hon. Mark A. Goldsmith<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |
| BENJAMIN POWERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOWNE MORTGAGE COMPANY,<br><br>Defendant. | Case No. 25-13681-BRM<br><br>Hon. Brandy R. McMillion<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| TERECOS CROMER, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>TOWNE MORTGAGE COMPANY,<br><br>     Defendant. | Case No. 25-13724-SDK<br><br>Hon. Shalina D. Kumar<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |
| TOBY D. SESSOMS, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>TOWNE MORTGAGE COMPANY,<br><br>     Defendant. | Case No. 25-13722<br><br>Hon. Robert J. White<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |
| GREGG RICHARDSON, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>TOWNE MORTGAGE COMPANY,<br><br>     Defendant. | Case No. 25-13725<br><br>Hon. Mark A. Goldsmith<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| BRIAN TODD BARNETTE, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>TOWNE MORTGAGE COMPANY,<br><br>Defendant. | Case No. 25-13725<br><br>Hon. Jonathan J.C. Grey<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF RELATED CASES

Pursuant to this Court's instruction at the December 9, 2025, Status Conference, Plaintiffs Shelton, Stucky, and Powers in the above-captioned actions hereby give notice of the following related actions: *Shelton v. Towne Mortgage Company*, No. 25-13677-BRM; *Stucky v. Towne Mortgage Company*, No. 25-13680-MAG; *Powers v. Towne Mortgage Company*, No. 25-13681-BRM; *Cromer v. Towne Mortgage Company*, No. 25-13724-SDK; *Sessoms v. Towne Mortgage Company*, No. 25-13722; *Richardson v. Towne Mortgage Company*, No. 25-13725; and *Barnette v. Towne Mortgage Company*, No. 25-1384 (collectively, the "Related Actions").

The Related Actions assert overlapping causes of action related to the same data breach involving Defendant, are premised on essentially the same factual background and legal theories, name the same Defendant, and assert claims on behalf of nearly identical classes. The Related Actions concern the same or substantially similar parties and events, there is substantial factual overlap, absent relation (and consolidation), the parties could be subjected to conflicting orders, and without a determination of relatedness there would be a substantial duplication of effort and expense, delay, or undue burden on the Court, parties or witnesses.

Date: December 9, 2025					Respectfully submitted,

*/s/ Gregory A. Mitchell*
E. Powell Miller (P39487)
Gregory A. Mitchell (P68723)
**THE MILLER LAW FIRM, P.C.**
950 West University Drive
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com
gam@millerlawpc.com

Gary Klinger
**MILBERG, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
(866) 252-0878
gklinger@milberg.com

Jeff Ostrow
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: 954-525-4100
ostrow@kolawyers.com

Leanna A. Loginov
**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave, Suite 705
Miami, FL 33132
Tel.: (305) 475-2299
lloginov@shamisgentile.com

*Proposed Interim Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 9, 2025, I served the foregoing Notice by filing the same using the Court's electronic filing system, which will provide notice to all Parties in this Action.

/s/*Gregory A. Mitchell*
Gregory A. Mitchell